**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GIORDANO HARDY-GERENA, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>OP2 LABS, LLC D/B/A FROG FUEL,<br><br>Defendant. | Civil Action No. 1:25-cv-03510 (CRC) |

## <u>NOTICE OF WITHDRAWAL</u>

Defendant OP2 Labs, LLC d/b/a Frog Fuel ("Defendant") files this Notice of Withdrawal of David Barmak as an attorney for Defendant in this action. The undersigned counsel, also of Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C., is duly admitted to practice before this Court and will serve as primary counsel for the Defendant in this action.

Dated: December 3, 2025

Respectfully submitted,

/s/ *Todd Rosenbaum*
Todd Rosenbaum
(D.C. Bar No. 90011258)
Mintz, Levin, Cohn, Ferris, Glovsky &
Popeo, P.C.
555 12th Street NW, Suite 1100
Washington, D.C. 20004
(202) 434-7300
TFRosenbaum@mintz.com

*Attorney for OP2 Labs, LLC d/b/a Frog Fuel*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of December 2025, I electronically filed the foregoing

Notice of Withdrawal with the Clerk of the Court using the CM/ECF system and served on the

following counsel of record:

> Migliaccio & Rathod LLP
> Nicholas A. Migliaccio, Esq.,
> (Bar No. 484366)
> Jason S. Rathod, Esq.
> (Bar No. 1000882)
> 412 H St., NE
> Suite 302
> Washington, DC 20002
> (202) 470-3520 (Tel.)
> nmigliaccio@classlawdc.com
>
> D. Aaron Rihn, Esq.*
> Sara J. Watkins, Esq.*
> Robert Peirce & Associates, P.C.
> 2500 Gulf Tower
> 707 Grant Street
> Pittsburgh, PA 15219
> (412) 281-7229 (Tel.)
> arihn@peircelaw.com
>
> Robert Mackey, Esq.*
> Law Offices of Robert Mackey
> 16320 Murphy Road
> Sonora, CA 95370
> (412) 370-9110 (Tel.)
> bobmackeyesq@aol.com
>
> * *pro hac vice* admission to be sought

/s/ Todd Rosenbaum
Todd Rosenbaum